B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Donate.Net, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Conscious Change, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**58-2351495** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**450-A Bishop Street, N.W.**<br>**Atlanta, GA**<br>ZIP Code **30318** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**931 Monroe Drive**<br>**Suite 102-281**<br>**Atlanta, GA**<br>ZIP Code **30308** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Donate.Net, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): <br> **Donate.Net, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X**  **/s/ Paul Reece Marr GA Bar #**
Signature of Attorney for Debtor(s)

 **Paul Reece Marr GA Bar # 471230**
Printed Name of Attorney for Debtor(s)

 **Paul Reece Marr, P.C.**
Firm Name

 **Suite 960**
 **300 Galleria Parkway, N.W.**
 **Atlanta, GA 30339**
Address

                                    **Email: paul@paulmarr.com**
 **(770) 984-2255**
Telephone Number

 **December 12, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Eric Miller**
Signature of Authorized Individual

 **Eric Miller**
Printed Name of Authorized Individual

 **C.E.O.**
Title of Authorized Individual

 **December 12, 2013**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Donate.Net, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Harriet Miller**<br>**2924 Orchard Knob**<br>**Atlanta, GA 30339** | **Harriet Miller**<br>**2924 Orchard Knob**<br>**Atlanta, GA 30339** | **shareholder loans** | | **272,460.34** |
| **Wayne Miller**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **Wayne Miller**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **unpaid compensation** | | **95,500.00** |
| **The 450 Project, LLC**<br>**Wayne Miller, CEO**<br>**450-A Bishop Street**<br>**Atlanta, GA 30318** | **The 450 Project, LLC**<br>**Wayne Miller, CEO**<br>**450-A Bishop Street**<br>**Atlanta, GA 30318** | **unsecured loans** | | **76,550.00** |
| **Back to Jerusalem, Inc.**<br>**c/o Vivian Hudson Uchitel, Esq**<br>**3490 Piedmont Road NE; Ste 300**<br>**Atlanta, GA 30305** | **Back to Jerusalem, Inc.**<br>**c/o Vivian Hudson Uchitel, Esq**<br>**3490 Piedmont Road NE; Ste 300**<br>**Atlanta, GA 30305** | **remaining amount due under Consent Order** | | **54,769.48** |
| **Eric Miller**<br>**570 Cresthill Avenue**<br>**Atlanta, GA 30306** | **Eric Miller**<br>**570 Cresthill Avenue**<br>**Atlanta, GA 30306** | **unpaid compensation** | | **42,000.00** |
| **Greater Dalls JDRF**<br>**9400 N. Central Expressway**<br>**Suite 1201**<br>**Dallas, TX 75231** | **Greater Dalls JDRF**<br>**9400 N. Central Expressway**<br>**Suite 1201**<br>**Dallas, TX 75231** | **claim for unpaid donations** | **Unliquidated** | **32,000.00** |
| **Superior Bumper Products, Inc.**<br>**Wayne Miller, CEO**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **Superior Bumper Products, Inc.**<br>**Wayne Miller, CEO**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **unsecured loan** | | **29,030.00** |
| **Peggy Marbach**<br>**2474 Regency Lake Drive**<br>**Marietta, GA 30062** | **Peggy Marbach**<br>**2474 Regency Lake Drive**<br>**Marietta, GA 30062** | **shareholder loans** | | **28,666.67** |
| **Wayne Miller**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **Wayne Miller**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **shareholder loans** | | **28,666.67** |
| **Eric Miller**<br>**570 Cresthill Avenue**<br>**Atlanta, GA 30306** | **Eric Miller**<br>**570 Cresthill Avenue**<br>**Atlanta, GA 30306** | **shareholder loans** | | **28,666.67** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Donate.Net, Inc.** / Debtor(s)  Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Planned Parenthood of Maryland** 330 North Howard Baltimore, MD 21201-4598 | **Planned Parenthood of Maryland** 330 North Howard Baltimore, MD 21201-4598 | claim for unpaid donations | Unliquidated | 28,610.00 |
| **Esplanade Association** 376 Boylston Street Suite 503 Boston, MA 02116 | **Esplanade Association** 376 Boylston Street Suite 503 Boston, MA 02116 | claim for unpaid donations | Unliquidated | 21,835.00 |
| **Rutgers Jewish Film Festival** 12 College Avenue New Brunswick, NJ 08901 | **Rutgers Jewish Film Festival** 12 College Avenue New Brunswick, NJ 08901 | claim for unpaid donations | Unliquidated | 17,000.00 |
| **Feeding America Tampa Bay** 4702 Transport Drive Building 6 Tampa, FL 33605 | **Feeding America Tampa Bay** 4702 Transport Drive Building 6 Tampa, FL 33605 | claim for unpaid donations | Unliquidated | 15,721.00 |
| **East Cooper Habitat for Humanity** PO Box 1990 Mount Pleasant, SC 29465 | **East Cooper Habitat for Humanity** PO Box 1990 Mount Pleasant, SC 29465 | claim for unpaid donations | Unliquidated | 14,010.00 |
| **The Eason Law Firm** Rodney L. Eason 6150 Old National Hwy; Ste 200 Atlanta, GA 30349-4367 | **The Eason Law Firm** Rodney L. Eason 6150 Old National Hwy; Ste 200 Atlanta, GA 30349-4367 | services rendered | | 13,439.40 |
| **Institute on Taxation and Economic Policy** 1616 P Street NW; Ste 200 Washington, DC 20036 | **Institute on Taxation and Economic Policy** 1616 P Street NW; Ste 200 Washington, DC 20036 | claim for unpaid donations | Unliquidated | 9,251.00 |
| **Diocese of Oakland** Attn: Development Department 2121 Harrison St., Suite 100 Oakland, CA 94612-3788 | **Diocese of Oakland** Attn: Development Department 2121 Harrison St., Suite 100 Oakland, CA 94612-3788 | claim for unpaid donations | Unliquidated | 8,993.00 |
| **Callonwold Fine Arts Center** 980 Briarcliff Road NE Atlanta, GA 30306 | **Callonwold Fine Arts Center** 980 Briarcliff Road NE Atlanta, GA 30306 | claim for unpaid donations | Unliquidated | 7,585.00 |
| **Odyssey Family Counseling Cntr** 1919 John Wesley Avenue Atlanta, GA 30337 | **Odyssey Family Counseling Cntr** 1919 John Wesley Avenue Atlanta, GA 30337 | claim for unpaid donations | Unliquidated | 6,665.00 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **Donate.Net, Inc.**                                                                                              Case No.
                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the C.E.O. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 12, 2013**                                   Signature   **/s/ Eric Miller**
                                                                          **Eric Miller**
                                                                          **C.E.O.**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Back to Jerusalem, Inc.
c/o Vivian Hudson Uchitel, Esq
3490 Piedmont Road NE; Ste 300
Atlanta, GA 30305


Callonwold Fine Arts Center
980 Briarcliff Road NE
Atlanta, GA 30306


Capital One
P.O. Box 71083
Charlotte, NC 28272


Child Development Associates
89 Grove Way
Roswell, GA 30075


Citizens for Tax Justice
1616 P Street NW
Suite 200
Washington, DC 20036


Diocese of Oakland
Attn: Development Department
2121 Harrison St., Suite 100
Oakland, CA 94612-3788


E Cooper Habitat for Humanity
c/o Ellen H. Persons, Esq.
1201 West Peachtree Street
Atlanta, GA 30309-3424


East Cooper Habitat
for Humanity
PO Box 1990
Mount Pleasant, SC 29465

Case 13-76842-mhm    Doc 1    Filed 12/12/13    Entered 12/12/13 18:50:03    Desc Main
Document    Page 7 of 12

Eric Miller
570 Cresthill Avenue
Atlanta, GA 30306


Esplanade Association
376 Boylston Street
Suite 503
Boston, MA 02116


Feeding America Tampa Bay
4702 Transport Drive
Building 6
Tampa, FL 33605


GA Secy State - Charities Div.
Attn: Shawnzia Thomas
2 MLK Jr Dr; Ste 802; W. Tower
Atlanta, GA 30334


Greater Dalls JDRF
9400 N. Central Expressway
Suite 1201
Dallas, TX 75231


Guardian Brain Foundation
PO Box 1216
Bellmore, NY 11710


Harriet Miller
2924 Orchard Knob
Atlanta, GA 30339


Hope Baldauff Hartman LLC
1720 Peachtree Street, N.W.
Atlanta, GA 30309

```
Institute on Taxation and
Economic Policy
1616 P Street NW; Ste 200
Washington, DC 20036



Interior Design Educators Coun
c/o Chris Johnson
551 Pleasant Point Road
Statesboro, GA 30458



Kavod v'Nichum
8112 Sea Water Path
Columbia, MD 21045



National Captioning Institute
3725 Concorde Parkway
Suite 100
Chantilly, VA 20151



Odyssey Family Counseling Cntr
1919 John Wesley Avenue
Atlanta, GA 30337



Patten Free Library
33 Summer Street
Bath, ME 04530



Peggy Marbach
2474 Regency Lake Drive
Marietta, GA 30062



Planned Parenthood of Maryland
330 North Howard
Baltimore, MD 21201-4598



RESTORE The North Woods
9 Union Street
Hallowell, ME 04347
```

```
Ronny Miller
1955 Chartwell Ct.
Marietta, GA 30066




Rutgers Jewish Film Festival
12 College Avenue
New Brunswick, NJ 08901




Segue Ministries
PO Box 2409
Duluth, GA 30096




St. Vincent Catholic Charities
2800 W. Willow St.
Lansing, MI 48917




Superior Bumper Products, Inc.
Wayne Miller, CEO
1771 Annwicks Drive
Marietta, GA 30062




The 450 Project, LLC
Wayne Miller, CEO
450-A Bishop Street
Atlanta, GA 30318




The Breman Museum
1440 Spring Street NW
Atlanta, GA 30309




The Eason Law Firm
Rodney L. Eason
6150 Old National Hwy; Ste 200
Atlanta, GA 30349-4367




The Hyde Park Day Schools
1980 Old Willow Road
Winnetka, IL 60093
```

```
Wayne Miller
1771 Annwicks Drive
Marietta, GA 30062


WestCOP/Putnam CAP
121 Main Street
Brewster, NY 10509
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Donate.Net, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Donate.Net, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 12, 2013**
Date

**/s/ Paul Reece Marr GA Bar #**
**Paul Reece Marr GA Bar # 471230**
Signature of Attorney or Litigant
Counsel for **Donate.Net, Inc.**
Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway, N.W.
Atlanta, GA 30339
(770) 984-2255
paul@paulmarr.com