B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Donate.Net, Inc.**                                                                                   Case No.  **13-76842-MHM**
                                                      Debtor(s)                                                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Back to Jerusalem, Inc.**<br>**c/o Vivian Hudson Uchitel, Esq**<br>**3490 Piedmont Road NE; Ste 300**<br>**Atlanta, GA 30305** | **Back to Jerusalem, Inc.**<br>**c/o Vivian Hudson Uchitel, Esq**<br>**3490 Piedmont Road NE; Ste 300**<br>**Atlanta, GA 30305** | **remaining amount due under Consent Order** | | **54,769.48** |
| **Greater Dalls JDRF**<br>**9400 N. Central Expressway**<br>**Suite 1201**<br>**Dallas, TX 75231** | **Greater Dalls JDRF**<br>**9400 N. Central Expressway**<br>**Suite 1201**<br>**Dallas, TX 75231** | **claim for unpaid donations** | **Unliquidated** | **32,000.00** |
| **Superior Bumper Products, Inc.**<br>**Wayne Miller, CEO**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **Superior Bumper Products, Inc.**<br>**Wayne Miller, CEO**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | **unsecured loan** | | **29,030.00** |
| **Planned Parenthood of Maryland**<br>**330 North Howard**<br>**Baltimore, MD 21201-4598** | **Planned Parenthood of Maryland**<br>**330 North Howard**<br>**Baltimore, MD 21201-4598** | **claim for unpaid donations** | **Unliquidated** | **28,610.00** |
| **Esplanade Association**<br>**376 Boylston Street**<br>**Suite 503**<br>**Boston, MA 02116** | **Esplanade Association**<br>**376 Boylston Street**<br>**Suite 503**<br>**Boston, MA 02116** | **claim for unpaid donations** | **Unliquidated** | **21,835.00** |
| **Rutgers Jewish Film Festival**<br>**12 College Avenue**<br>**New Brunswick, NJ 08901** | **Rutgers Jewish Film Festival**<br>**12 College Avenue**<br>**New Brunswick, NJ 08901** | **claim for unpaid donations** | **Unliquidated** | **17,000.00** |
| **Feeding America Tampa Bay**<br>**4702 Transport Drive**<br>**Building 6**<br>**Tampa, FL 33605** | **Feeding America Tampa Bay**<br>**4702 Transport Drive**<br>**Building 6**<br>**Tampa, FL 33605** | **claim for unpaid donations** | **Unliquidated** | **15,721.00** |
| **East Cooper Habitat for Humanity**<br>**PO Box 1990**<br>**Mount Pleasant, SC 29465** | **East Cooper Habitat for Humanity**<br>**PO Box 1990**<br>**Mount Pleasant, SC 29465** | **claim for unpaid donations** | **Unliquidated** | **14,010.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Donate.Net, Inc.**                                                Case No.  **13-76842-MHM**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Eason Law Firm<br>Rodney L. Eason<br>6150 Old National Hwy; Ste 200<br>Atlanta, GA 30349-4367 | The Eason Law Firm<br>Rodney L. Eason<br>6150 Old National Hwy; Ste 200<br>Atlanta, GA 30349-4367 | services rendered | | 13,439.40 |
| Institute on Taxation and Economic Policy<br>1616 P Street NW; Ste 200<br>Washington, DC 20036 | Institute on Taxation and Economic Policy<br>1616 P Street NW; Ste 200<br>Washington, DC 20036 | claim for unpaid donations | Unliquidated | 9,251.00 |
| Diocese of Oakland<br>Attn: Development Department<br>2121 Harrison St., Suite 100<br>Oakland, CA 94612-3788 | Diocese of Oakland<br>Attn: Development Department<br>2121 Harrison St., Suite 100<br>Oakland, CA 94612-3788 | claim for unpaid donations | Unliquidated | 8,993.00 |
| Callonwold Fine Arts Center<br>980 Briarcliff Road NE<br>Atlanta, GA 30306 | Callonwold Fine Arts Center<br>980 Briarcliff Road NE<br>Atlanta, GA 30306 | claim for unpaid donations | Unliquidated | 7,585.00 |
| Odyssey Family Counseling Cntr<br>1919 John Wesley Avenue<br>Atlanta, GA 30337 | Odyssey Family Counseling Cntr<br>1919 John Wesley Avenue<br>Atlanta, GA 30337 | claim for unpaid donations | Unliquidated | 6,665.00 |
| The Breman Museum<br>1440 Spring Street NW<br>Atlanta, GA 30309 | The Breman Museum<br>1440 Spring Street NW<br>Atlanta, GA 30309 | claim for unpaid donations | Unliquidated | 6,334.00 |
| St. Vincent Catholic Charities<br>2800 W. Willow St.<br>Lansing, MI 48917 | St. Vincent Catholic Charities<br>2800 W. Willow St.<br>Lansing, MI 48917 | claim for unpaid donations | Unliquidated | 6,104.00 |
| The Hyde Park Day Schools<br>1980 Old Willow Road<br>Winnetka, IL 60093 | The Hyde Park Day Schools<br>1980 Old Willow Road<br>Winnetka, IL 60093 | claim for unpaid donations | Unliquidated | 4,791.00 |
| Kavod v'Nichum<br>8112 Sea Water Path<br>Columbia, MD 21045 | Kavod v'Nichum<br>8112 Sea Water Path<br>Columbia, MD 21045 | claim for unpaid donations | Unliquidated | 4,557.00 |
| RESTORE The North Woods<br>9 Union Street<br>Hallowell, ME 04347 | RESTORE The North Woods<br>9 Union Street<br>Hallowell, ME 04347 | claim for unpaid donations | Unliquidated | 4,370.00 |
| Citizens for Tax Justice<br>1616 P Street NW<br>Suite 200<br>Washington, DC 20036 | Citizens for Tax Justice<br>1616 P Street NW<br>Suite 200<br>Washington, DC 20036 | claim for unpaid donations | Unliquidated | 4,175.00 |
| Segue Ministries<br>PO Box 2409<br>Duluth, GA 30096 | Segue Ministries<br>PO Box 2409<br>Duluth, GA 30096 | claim for unpaid donations | Unliquidated | 4,060.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Donate.Net, Inc.**                                              Case No.  **13-76842-MHM**

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the C.E.O. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 29, 2013**                Signature  **/s/ Eric Miller**
                                                      **Eric Miller**
                                                      **C.E.O.**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DONATE.NET, INC., | : | Case No. 13-76842-MHM |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |

CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the foregoing AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Lindsay N. P. Swift
Office of the U.S. Trustee
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

This the 29th day of December, 2013.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

PAUL REECE MARR, P.C.
300 Galleria Parkway
Suite 960
Atlanta, GA 30339
770/984-2255