B6F (Official Form 6F) (12/07)

In re **Donate.Net, Inc.**, Case No. **13-76842-MHM**
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Alvin Miller Irrevocable Trust**<br>**Wayne Miller Trustee**<br>**2924 Orchard Knob**<br>**Atlanta, GA 30339** | | - | insider loans | | | | 177,508.00 |
| Account No.<br>**Back to Jerusalem, Inc.**<br>**c/o Vivian Hudson Uchitel, Esq**<br>**3490 Piedmont Road NE; Ste 300**<br>**Atlanta, GA 30305** | | - | remaining amount due under Consent Order | | | | 54,769.48 |
| Account No.<br>**Callonwold Fine Arts Center**<br>**980 Briarcliff Road NE**<br>**Atlanta, GA 30306** | | - | claim for unpaid donations | | X | | 7,585.00 |
| Account No. **-9338**<br>**Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | X | - | business credit card account | | | | 1,822.40 |
| __8__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 241,684.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donate.Net, Inc.**  ,   Case No.   **13-76842-MHM**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Child Development Associates**<br>**89 Grove Way**<br>**Roswell, GA 30075** | - | | claim for unpaid donations | | X | | 4,000.00 |
| Account No.<br><br>**Citizens for Tax Justice**<br>**1616 P Street NW**<br>**Suite 200**<br>**Washington, DC 20036** | - | | claim for unpaid donations | | X | | 4,175.00 |
| Account No.<br><br>**Diocese of Oakland**<br>**Attn: Development Department**<br>**2121 Harrison St., Suite 100**<br>**Oakland, CA 94612-3788** | - | | claim for unpaid donations | | X | | 8,993.00 |
| Account No.<br><br>**E Cooper Habitat for Humanity**<br>**c/o Ellen H. Persons, Esq.**<br>**1201 West Peachtree Street**<br>**Atlanta, GA 30309-3424** | - | | notice only; attorneys for East Cooper Habitat for Humanity | | | | 0.00 |
| Account No.<br><br>**East Cooper Habitat**<br>**for Humanity**<br>**PO Box 1990**<br>**Mount Pleasant, SC 29465** | - | | claim for unpaid donations | | X | | 14,010.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**31,178.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donate.Net, Inc.** ,   Case No. **13-76842-MHM**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eric Miller**<br>**570 Cresthill Avenue**<br>**Atlanta, GA 30306** | | - | **shareholder loans** | | | | 28,666.67 |
| Account No.<br><br>**Esplanade Association**<br>**376 Boylston Street**<br>**Suite 503**<br>**Boston, MA 02116** | | - | **claim for unpaid donations** | | X | | 21,835.00 |
| Account No.<br><br>**Feeding America Tampa Bay**<br>**4702 Transport Drive**<br>**Building 6**<br>**Tampa, FL 33605** | | - | **claim for unpaid donations** | | X | | 15,721.00 |
| Account No.<br><br>**GA Secy State - Charities Div.**<br>**Attn: Shawnzia Thomas**<br>**2 MLK Jr Dr; Ste 802; W. Tower**<br>**Atlanta, GA 30334** | | - | **notice only** | | | | 0.00 |
| Account No.<br><br>**Grant Park Conservancy, Inc.**<br>**c/o David N. Dreyer, Esq.**<br>**191 Peachtree St NE 34th Floor**<br>**Atlanta, GA 30303-1747** | | - | **claim for unpaid donations** | | X | | 12,000.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  78,222.67

B6F (Official Form 6F) (12/07) - Cont.

In re **Donate.Net, Inc.**, Case No. **13-76842-MHM**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Greater Dalls JDRF**<br>**9400 N. Central Expressway**<br>**Suite 1201**<br>**Dallas, TX 75231** | | - | claim for unpaid donations | | X | | 32,000.00 |
| Account No.<br>**Greater Lansing Catholic Education Foundation**<br>**1500 East Saginaw, Su. 3**<br>**Lansing, MI 48906** | | - | claim for unpaid donations | | | | 940.00 |
| Account No.<br>**Guardian Brain Foundation**<br>**PO Box 1216**<br>**Bellmore, NY 11710** | | - | claim for unpaid donations | | X | | 568.00 |
| Account No.<br>**Harriet Miller**<br>**2924 Orchard Knob**<br>**Atlanta, GA 30339** | | - | shareholder loans | | | | 94,952.00 |
| Account No.<br>**Hope Baldauff Hartman LLC**<br>**1175 Peachtree Street NE**<br>**100 Colony Square, Suite 2000**<br>**Atlanta, GA 30361** | | - | services rendered | | | | 2,380.00 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **130,840.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donate.Net, Inc.**                              ,   Case No.  **13-76842-MHM**
                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Institute on Taxation and Economic Policy**<br>**1616 P Street NW; Ste 200**<br>**Washington, DC 20036** | | - | claim for unpaid donations | | X | | 9,251.00 |
| Account No.<br>**Interior Design Educators Coun**<br>**c/o Chris Johnson**<br>**551 Pleasant Point Road**<br>**Statesboro, GA 30458** | | - | claim for unpaid donations | | X | | 1,000.00 |
| Account No.<br>**Kavod v'Nichum**<br>**8112 Sea Water Path**<br>**Columbia, MD 21045** | | - | claim for unpaid donations | | X | | 4,557.00 |
| Account No.<br>**Military Working Dog Foundation**<br>**17821 17th Street, Su. 270**<br>**Tustin, CA 92780** | | - | claim for unpaid donations | | | | 1,238.65 |
| Account No.<br>**National Captioning Institute**<br>**3725 Concorde Parkway**<br>**Suite 100**<br>**Chantilly, VA 20151** | | - | claim for unpaid donations | | X | | 425.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **16,471.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donate.Net, Inc.**                                ,   Case No.   **13-76842-MHM**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Odyssey Family Counseling Cntr** 1919 John Wesley Avenue Atlanta, GA 30337 | | - | claim for unpaid donations | | X | | 6,665.00 |
| Account No.  **Omega Ministries Group** Jesse J. Stor - Founder 122 Royal Burgess Way McDonough, GA 30253 | | - | claim for unpaid donations | | X | | 3,402.00 |
| Account No.  **Patten Free Library** 33 Summer Street Bath, ME 04530 | | - | claim for unpaid donations | | X | | 500.00 |
| Account No.  **Peggy Marbach** 2474 Regency Lake Drive Marietta, GA 30062 | | - | shareholder loans | | | | 28,666.67 |
| Account No.  **Planned Parenthood of Maryland** 330 North Howard Baltimore, MD 21201-4598 | | - | claim for unpaid donations | | X | | 28,610.00 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **67,843.67**

In re **Donate.Net, Inc.**, Case No. **13-76842-MHM**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>RESTORE The North Woods<br>9 Union Street<br>Hallowell, ME 04347 | | - | claim for unpaid donations | | X | | 4,370.00 |
| Account No.<br><br>Rutgers Jewish Film Festival<br>12 College Avenue<br>New Brunswick, NJ 08901 | | - | claim for unpaid donations | | X | | 17,000.00 |
| Account No.<br><br>Segue Ministries<br>PO Box 2409<br>Duluth, GA 30096 | | - | claim for unpaid donations | | X | | 4,060.00 |
| Account No.<br><br>St. Stephens School<br>c/o John Jett, Esq.<br># 2800; 1100 Peachtree St NE<br>Atlanta, GA 30309-4528 | | - | claim for unpaid donations | | X | | **Unknown** |
| Account No.<br><br>St. Vincent Catholic Charities<br>2800 W. Willow St.<br>Lansing, MI 48917 | | - | claim for unpaid donations | | X | | 6,104.00 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,534.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donate.Net, Inc.**                                                        ,        Case No.  **13-76842-MHM**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Superior Bumper Products, Inc.**<br>**Wayne Miller, CEO**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | | - | **unsecured loan** | | | | **29,030.00** |
| Account No.<br><br>**The 450 Project, LLC**<br>**Wayne Miller, CEO**<br>**450-A Bishop Street**<br>**Atlanta, GA 30318** | | - | **unsecured loans** | | | | **76,550.00** |
| Account No.<br><br>**The Breman Museum**<br>**1440 Spring Street NW**<br>**Atlanta, GA 30309** | | - | **claim for unpaid donations** | | X | | **6,334.00** |
| Account No.<br><br>**The Eason Law Firm**<br>**Rodney L. Eason**<br>**6150 Old National Hwy; Ste 200**<br>**Atlanta, GA 30349-4367** | | - | **services rendered** | | | | **13,439.40** |
| Account No.<br><br>**The Ganz Law Firm, P.C.**<br>**Jonathan E. Ganz**<br>**999 Peachtree St.; Suite 1120**<br>**Atlanta, GA 30309** | | - | **services rendered** | | | | **1,025.00** |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **126,378.40**

In re  **Donate.Net, Inc.**                                    ,    Case No.  **13-76842-MHM**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**The Hyde Park Day Schools**<br>**1980 Old Willow Road**<br>**Winnetka, IL 60093** | | - | **claim for unpaid donations** | | X | | **5,013.00** |
| Account No.<br>**Wayne Miller**<br>**1771 Annwicks Drive**<br>**Marietta, GA 30062** | | - | **shareholder loans** | | | | **28,666.67** |
| Account No.<br>**WestCOP/Putnam CAP**<br>**121 Main Street**<br>**Brewster, NY 10509** | | - | **claim for unpaid donations** | | X | | **2,040.00** |
| Account No.<br>**XIOLINK**<br>**Attn: Bankruptcy Dept.**<br>**1111 Olive Street**<br>**Saint Louis, MO 63101** | | - | **host of the web server** | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **35,719.67**

Total (Report on Summary of Schedules)  **759,872.94**

B6 Summary (Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Donate.Net, Inc.**  
Debtor(s)

Case No. **13-76842-MHM**  
Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 3 | $3,037.72 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $144,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $759,872.94 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| TOTAL | | 18 | $3,037.72 | $903,872.94 | |

Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Donate.Net, Inc.**                                                                                       Case No.  **13-76842-MHM**
                               Debtor(s)                                                                                 Chapter   **11**

## AMENDED
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Donate.Net, Inc.**  
Debtor(s)

Case No. **13-76842-MHM**  
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the C.E.O. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended summary and amended schedules, consisting of __11__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 7, 2014**         Signature **/s/ Eric Miller**  
**Eric Miller**  
**C.E.O.**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                                          :
                                                :
DONATE.NET, INC.,                               :   Case No. 13-76842-MHM
                                                :
   Debtor.                                      :   Chapter 7
_____                 :

CERTIFICATE OF SERVICE

      I, Paul Reece Marr, certify that I am over the age of 18 and that on the below referenced date I served a copy of the foregoing AMENDED SCHEDULE F – CREDITORS HOLDING UNSECURED CLAIMS, AMENDED SUMMARY OF SCHEDULES, and SUPPLEMENTAL MATRIX by email transmission and by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420
ghays@haysconsulting.net

      This the 7th day of February, 2014.

                                                 /s/ Paul Reece Marr
                                                 Paul Reece Marr
                                                 GA Bar No. 471230

Paul Reece Marr, P.C.
300 Galleria Parkway
Suite 960
Atlanta, GA 30339
770/984-2255

```
SUPPLEMENTAL MATRIX


Omega Ministries Group
Jesse J. Stor - Founder
122 Royal Burgess Way
McDonough, GA 30253



St. Stephens School
c/o John Jett, Esq.
# 2800; 1100 Peachtree St NE
Atlanta, GA 30309-4528



XIOLINK
Attn: Bankruptcy Dept.
1111 Olive Street
Saint Louis, MO 63101
```