**PAUL REECE MARR, PC**
300 Galleria Parkway
Suite 960
Atlanta, Georgia  30339
Tel. (770) 984-2255
Fax (770) 984-0044


Invoice submitted to:
Donate.Net, Inc.
Eric Miller, C.E.O,
450-A Bishop Street, N.W.
Atlanta GA 30309


April 28, 2014
In Reference To: chapter 11
Invoice #13781

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/10/13 | PRM Meeting with Wayne Miller to discuss preparation for filing chapter 11 bankruptcy Petition, procedure and strategies, U.S. Trustee operating guidelines, etc. | 1.00 295.00/hr | 295.00 |
|  | PRM Initial preparation of bankruptcy Petition, Statement of Financial Affairs, and Schedules | 1.40 295.00/hr | 413.00 |
| 12/12/13 | PRM Further preparation of emergency Petition, etc. | 1.40 295.00/hr | 413.00 |
| 12/17/13 | PRM telephone call with Lindsay Swift regarding U.S. Trustee's concerns about the case | 0.30 295.00/hr | 88.50 |
| 12/19/13 | PRM review and respond to email from W Miller regarding inquiries from creditors, etc. | 0.10 295.00/hr | 29.50 |

Donate.Net, Inc.                                                               Page    2

|          |     |                                                                                                                                          | Hrs/Rate          | Amount  |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 12/20/13 | PRM | emails to client regarding preparation for Initial Debtor Interview and compliance with U.S. Trustee's Operating Guidelines for chapter 11 debtors | 0.80<br>295.00/hr | 236.00  |
|          | PRM | telephone call with E Miller regarding preparation for Initial Debtor Interview and compliance with U.S. Trustee's Operating Guidelines for chapter 11 debtors | 0.20<br>295.00/hr | 59.00   |
|          | PRM | Preparation of Application to employ attorneys                                                                                           | 1.00<br>295.00/hr | 295.00  |
| 12/23/13 | PRM | Telephone call with E Miller regarding documentation and information to be produced to U.S. Trustee's Office                             | 0.50<br>295.00/hr | 147.50  |
|          | PRM | Telephone call with W Miller regarding compliance with U.S. Trustee's operating guidelines for chapter 11 debtors                        | 0.20<br>295.00/hr | 59.00   |
| 12/24/13 | PRM | Conference with W Miller regarding information to be produced to U.S. Trustee's Office                                                   | 0.50<br>295.00/hr | 147.50  |
| 12/29/13 | PRM | Continued preparation for Initial Debtor Interview                                                                                       | 3.20<br>295.00/hr | 944.00  |
| 12/30/13 | PRM | Further preparation for Initial Debtor Interview                                                                                         | 2.70<br>295.00/hr | 796.50  |
|          | PRM | Telephone call with Eric Miller and Wayne Miller in preparation for Initial Debtor Interview and regarding overall case status and       | 0.50<br>295.00/hr | 147.50  |

Donate.Net, Inc.                                                                                    Page    3

|          |     |                                                                                                     | Hrs/Rate          | Amount  |
|----------|-----|-----------------------------------------------------------------------------------------------------|-------------------|---------|
|          |     | strategy                                                                                            |                   |         |
| 12/31/13 | PRM | Telephone call with Eric Miller and Wayne Miller in preparation for Initial Debtor Interview and regarding general case status and strategy | 1.20<br>295.00/hr | 354.00  |
| 1/2/14   | PRM | Appearance for Initial Debtor Interview                                                             | 1.50<br>295.00/hr | 442.50  |
|          | PRM | email to client regarding issues raised during Initial Debtor Interview                             | 0.30<br>295.00/hr | 88.50   |
|          | PRM | email to client regarding preparation of Schedules and Statement of Financial Affairs               | 0.30<br>295.00/hr | 88.50   |
| 1/6/14   | PRM | Preparation of Order approving Application to employ attorneys                                      | 0.60<br>295.00/hr | 177.00  |
|          | PRM | Further preparation of Order approving employment application                                       | 0.40<br>295.00/hr | 118.00  |
| 1/8/14   | PRM | Further preparation of Schedules and Statement of Financial Affairs                                 | 0.50<br>295.00/hr | 147.50  |
|          | PRM | Telephone call with Alan Landis regarding accounting issues                                         | 0.20<br>295.00/hr | 59.00   |
|          | PRM | Preparation of Verified Statement of Wayne Miller regarding no cash flow statement                  | 0.50<br>295.00/hr | 147.50  |
|          | PRM | Telephone call with W Miller regarding preparation of Schedules and Statement of                    | 0.20<br>295.00/hr | 59.00   |

Donate.Net, Inc.                                                          Page    4

|         |     |                                                                                              | Hrs/Rate          | Amount    |
|---------|-----|----------------------------------------------------------------------------------------------|-------------------|-----------|
|         |     | Financial Affairs                                                                            |                   |           |
| 1/9/14  | PRM | Telephone call with Alan Landis, Wayne Miller, and Eric Miller regarding accounting issues   | 0.30<br>295.00/hr | 88.50     |
|         | PRM | Further preparation of Schedules and Statement of Financial Affairs                          | 1.10<br>295.00/hr | 324.50    |
| 1/13/14 | PRM | Preparation of Motion to Convert Case to Chapter 7                                           | 0.60<br>295.00/hr | 177.00    |
|         | PRM | Preparation of Order Granting Motion to Convert Case to Chapter 7                            | 0.40<br>295.00/hr | 118.00    |
| 1/14/14 | PRM | Telephone call with Eric and Wayne Miller regarding issues involved once bk case is converted to chapter 7, etc. | 0.30<br>295.00/hr | 88.50     |
| 1/16/14 | PRM | Meeting with Eric and Wayne Miller in advance of meeting with trustee Hays                   | 0.40<br>295.00/hr | NO CHARGE |
|         | PRM | Onsite meeting with Greg Hays, Jim Begnaud, Eric and Wayne Miller                            | 1.50<br>295.00/hr | NO CHARGE |
|         | PRM | Meeting with Eric and Wayne Miller regarding case status and strategy                        | 0.50<br>295.00/hr | NO CHARGE |
| 2/17/14 | PRM | Onsite meeting with G Hays, J Begnaud, W Miller, and E Miller                                | 1.50<br>295.00/hr | NO CHARGE |
| 2/18/14 | PRM | Appearance for chapter 7 Meeting of Creditors                                                | 2.00<br>295.00/hr | NO CHARGE |

Donate.Net, Inc.                                                              Page    5

|            |                                        | Hrs/Rate        | Amount      |
|------------|----------------------------------------|-----------------|-------------|
| 2/24/14    | PRM Review January monthly operating report | 0.30 295.00/hr | NO CHARGE   |
|            | For professional services rendered     | 28.40           | $6,549.00   |
|            | Additional charges:                    |                 |             |
| 12/1/13- 12/31/13 | Postage                         |                 | 2.30        |
|            | - Copying cost                         |                 | 120.60      |
| 1/1/14- 1/15/14 | Postage                            |                 | 2.72        |
|            | - Copying cost                         |                 | 25.68       |
| 1/9/14     | filing fee                             |                 | 30.00       |
| 1/14/14    | filing fee                             |                 | 15.00       |
| 2/7/14     | filing fee                             |                 | 30.00       |
|            | Total costs                            |                 | $226.30     |
|            | Total amount of this bill              |                 | $6,775.30   |
|            | Balance due                            |                 | $6,775.30   |

### Attorney summary

| Attorney         | Hours | Rate   | Amount    |
|------------------|-------|--------|-----------|
| Paul Reece Marr  | 28.40 | 295.00 | $8,378.00 |